# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> **COLON CRUZ, CARLOS MANUEL** <br> DEBTOR(S) | CASE NO.: **13-05775-ESL** <br> (CHAPTER 7) |
|---|---|

## TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on August 21, 2013. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** ☑ Yes ☐ No     **Track** 4
**Exemptions as claimed in Schedule C allowed.** ☐ Yes ☐ No
**Creditor(s) Present** ☐ Yes ☑ No

**Attorney's Information**
Present with Debtor(s) was
☑ Attorney of Record
☐ Other:
☐ Pro-Se

**Debtor to amend within ___ days the following:**
☐ A, ☐ B, ☐ C, ☐ D, ☐ E, ☑ I & J, ☐ Other  *+ means test*
☐ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within ___ days:**
☐ Documents on Real Property          ☐ Documents on Vehicle
  ☐ Appraisal ☐ Title Search ☐ Mortgage Balance    ☐ Evidence of Value ☐ Loan Pay-Off ☐ Registration
Other: *(1) evidence of income last six months Debtor works at Bridge Security*

**Trustee further requests that:** *(2) provide evidence of income last 6 months from work as*
☐ Case be closed as no-asset as of the date of §341(a) meeting.        ☐ Upon receipt of documents.
☐ Case be held open for potential asset recovery.                      *• Security officer*
☑ Case be RESET the §341(a) Meeting                                    *• Lawn mowing*
  ☐ On the _2_ day of _Oct_, 2013 at _2:30pm_.                          *(received)*
  ☐ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
    ☐ Debtor(s) failed to appear.
    ☐ Attorney for Debtor(s) failed to appear.                          *NOA - residence*
    ☐ Further testimony or material is needed.

☐ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
☐ Failure to provide complete: ☐ Schedules, ☐ Statement of Affairs, ☐ Mailing Lists,
☐ Description of estate assets.
☐ Failure of ☐ Debtor(s) ☐ Counsel to appear at:
    ☐ initial, ☐ subsequent creditor meetings.

Dated: August 21, 2013         /s/ Noemi Landrau-Rivera
                               Noemi Landrau-Rivera, Trustee